# Court of Appeals
# of the State of Georgia

ATLANTA, November 15, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0498. MEGNAUTH LOKENAUTH v. HOA THI LE ET AL.**

In February 2012, the superior court entered a default judgment for the plaintiffs. Defendant Megnauth Samaroo Lokenauth filed a motion to set aside the judgment under OCGA § 9-11-60 (d), arguing that there was insufficient service of process. The trial court denied the motion, and the defendant filed this appeal.

An appeal from the denial of a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (8); see *MMT Enterprises, Inc. v. Cullars*, 218 Ga. App. 559, 561 (462 SE2d 771) (1995). Lokenauth's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this appeal, which is accordingly DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, November 15, 2012*
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*